1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 12 CR 00237 |
| Plaintiff, | [Proposed] ORDER PERMITTING WITHDRAWAL AND DIRECTING THE CJA ADMINISTRATOR TO APPOINT NEW COUNSEL |
| vs. | |
| VINCENT FIELDS, | |
| Defendant. | |

8
9
10
11
12
13
14

The Court having considered the defendant's motion, hereby grants

15  counsel's motion to withdraw and directs the CJA administrator to appoint new

16  counsel.

17  Done this 29th day of ___January___, 2018.

18
19  _____

20  The Honorable James L. Robart
    United States District Court Judge
21
22
23
24
25

[PROPOSED] ORDER - 1

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington
(206) 623-0291